IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHIQUITA BRACEY                                            PLAINTIFFS

v.                          NO. 3:14-CV-00238-MPM-SAA

DELTA TECHNICAL COLLEGE, LLC;
MIDWEST TECHNICAL INSTITUTE, INC.;
DEMETRIA SHAW; CAROLINE MASON; and
RALPH FITZGERALD                                           DEFENDANTS

### ORDER GRANTING PLAINTIFF'S MOTION TO STAY SUMMARY JUDGMENT UNDER FRCP 56(d)

THIS CAUSE came before the Court on the Plaintiff's *Motion to Stay Summary Judgment Under FRCP 56(d)*. Doc. 88. This Court, having reviewed the pleadings and file, the relief requested, being otherwise duly advised in the premises, having received no response from Defendants, and for good cause appearing, does hereby ORDER AND ADJUDGE as follows:

1. Plaintiff's Motion to Stay Summary Judgment under FRCP 56(d) is GRANTED.

2. Defendants' Motion for Summary Judgment (Doc. 83) shall remain stayed until the end of the discovery period in this case on May 7, 2016.

3. Once the Stay has expired, Plaintiff shall have seventeen (17) days in which to respond to Defendants' Motion for Summary Judgment with a response being due to this Court on May 24, 2016. This deadline is calculated in accordance with Federal Rule of Civil Procedure 6(d).

DONE AND ORDERED in Chambers at Oxford, Mississippi, this 8th day of February, 2016.

                                          **/s/ MICHAEL P. MILLS**
                                          **UNITED STATES DISTRICT JUDGE**
                                          **NORTHERN DISTRICT OF MISSISSIPPI**